

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00434-CV

**IN THE INTEREST OF N.A.T, D.T., S. T., B.L.W., CHILDREN,**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0730-CVA
Honorable Bob Brendel, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 5, 2019. On August 6, 2019, we issued an order granting appellant's request to extend the date on which appellant's brief was due to August 26, 2019.

On August 26, 2019, appellant filed her second motion for extension of time in which to file her appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief is due on or before **September 16, 2019**. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court